

In The

# Court of Appeals
# Fifth District of Texas at Dallas

---

## No. 05-12-00084-CR

---

### KEITH LANDON MYERS, Appellant

### V.

### THE STATE OF TEXAS, Appellee

---

**On Appeal from the 363rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F11-41493-W**

---

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Bridges and Myers

Appellant has filed a motion to dismiss the appeal. Appellant's counsel has approved the motion. The Court **GRANTS** the motion and **ORDERS** that the be appeal **DISMISSED** and that this decision be certified below for observance. See TEX. R. APP. P. 42.2(a).

PER CURIAM

Do Not Publish
TEX. R. APP. P. 47